UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROY WILLIAMS, individually, and on behalf of all others similarly situated,

    Plaintiff,

vs.

SYNCHRONY BANK and SYNCHRONY FINANCIAL,

    Defendants.

Civil Action No.:

February 24, 2023

_____/

## NOTICE OF REMOVAL OF DEFENDANTS SYNCHRONY BANK AND SYNCHRONY FINANCIAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Synchrony Bank and Synchrony Financial (together "Synchrony") hereby remove the action entitled <u>Roy Williams v. Synchrony Bank and Synchrony Financial</u>, in the Connecticut Superior Court for the Judicial District of Stamford (the "State Court Action"), to the United States District Court for the District of Connecticut.

1. <u>Removal Is Timely</u>. The Complaint in the State Court Action was filed on January 23, 2023. Synchrony was served with the Complaint on January 25, 2023. Pursuant to 28 U.S.C. § 1446(b), Synchrony has timely filed this Notice of Removal within thirty (30) days of service of the Complaint and it is not more than one year from the initial filing of the State Court Action. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served on Synchrony filed in the State Court Action are attached hereto as **Exhibit A**.

1

To the best of Synchrony's knowledge, no further proceedings, process, pleadings, orders, or other papers are on the docket in the State Court Action.

2. <u>This Court Has Federal Question Jurisdiction Over The Action.</u>  The State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Synchrony pursuant to the provisions of 28 U.S.C. § 1441(c) based upon the claims plaintiff Roy Williams ("Plaintiff") alleges in his Complaint.  Specifically, Plaintiff alleges claims against Synchrony for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, <u>et</u> <u>seq.</u> (the "FCRA"), a claim that is created by, and arises under, federal law.

3. <u>Consent Is Not Necessary Because No Other Defendants Have Been Named.</u>  Synchrony is the only named defendant in the Action and, therefore, consent for removal is not needed from any other party pursuant to 28 U.S.C. § 1446(a) & (b).

4. <u>Venue Is Proper In This Court</u>.  This Court is the proper federal court for removal because the Connecticut Superior Court for the Judicial District of Stamford is located within the United States District Court for the District of Connecticut.  <u>See</u> 28 U.S.C. § 1441(a).

5. <u>Notice Will Be Effected</u>.  Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal shall be given to adverse parties and a duplicate copy of this Notice of Removal, without exhibits, shall be filed in the State Court Action.

6. <u>Counsel For The Parties</u>.  Plaintiff is represented by Fletcher Moore, Esq. of Moore Kuehn, PLLC and Lee Squitieri, Esq. of Squitieri & Fearon, LLP.  Synchrony is represented by James T. Shearin, Esq. of Pullman & Comley LLC.

7. Synchrony seeks removal of this Action without prejudice to any and all defenses available to it. Synchrony denies all claims alleged in the State Court Action and denies that Plaintiff and the putative class are entitled to any relief whatsoever.

Dated: February 24, 2023

Respectfully submitted,

By: */s/ James T. Shearin*
James T. Shearin, Esq. (ct 01326)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
E-Mail: jtshearin@pullcom.com
Tele: 203 330 2240

Attorneys for Defendants
*Synchrony Bank and Synchrony Financial*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF on February 24, 2023, and served on the counsel and/or parties of record listed below:

Fletcher Moore, Esq.
Moore Kuehn, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (210) 709-8245
Email: fmoore@moorekuehn.com

Lee Squitieri, Esq. (Pro Hac Vice)
Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (210) 421-6492
Email: lee@sfclasslaw.com

*Attorneys for Plaintiff*

                                                    */s/ James T. Shearin*
                                                    James T. Shearin