Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, New York 10007
Tel:   212.421.6492
Fax:   212.421.6553
www.sfclasslaw.com



**Olimpio Lee Squitieri**
lee@sfclasslaw.com

February 2, 2024

**VIA ECF**

Honorable Alvin W. Thompson
United States District Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

      Re:    *Williams v. Synchrony Bank, et al.*
               Civil Action No.: 3:23-cv-00252-AWT

Dear Judge Thompson:

      The parties have settled this matter for all purposes and submit the attached Stipulation of Dismissal And [Proposed] Order for dismissal under Rule 41(a)(2) for the approval of, and entry by the Court.

                                         Respectfully submitted,

                                         Lee Squitieri

                                         *Attorney for Plaintiff*

LS:mm
Encl.

**VIA ECF**

cc:      All Counsel of Record

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROY WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SYNCHRONY BANK and SYNCHRONY FINANCIAL,<br><br>       Defendants. | Civil Action No.: 3:23-cv-00252-AWT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS, this action was commenced as a putative class action under rule 23(b)(3);

WHEREAS, certification was never sought by formal motion;

WHEREAS, the parties have engaged in substantial discovery;

WHEREAS, Rule 41, pursuant to which dismissal herein is sought is subject to Rule 23(e);

WHEREAS, Rule 23(e) by its express language applies only to a "certified" class and "settlements or voluntary dismissals that occur before class certification are outside the scope of subdivision (e)." 7B Charles Alan Wright & Arthur R. Miller, Federal Prac. & Proc., Settlement, Voluntary Dismissal or Compromise of Class Actions – Purpose And Scope of Rule 23(e) § 1797 (3d ed. 2021).

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action:

All claims in this action against all Defendants be dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without costs to any party to this stipulation as against one another.

THEREFORE, IT IS NOW ORDERED:

All claims in this action against all Defendants be dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without costs to any party to this stipulation as against one another.

No notice to putative class members or other Rule 23 procedures are required.

Dated: February 2, 2024

**SQUITIERI & FEARON, LLP**

By:*/s/Lee Squitieri*
Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492

*Attorneys for Plaintiff*

Julie B. Strickland, Esq.

By:*/s/Julie B. Strickland*
**STEPTOE & JOHNSON LLP**
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Email: jstrickland@steptoe.com
Telephone: (213) 439-9400

James T. Shearin, Esq.

By:*/s/James T. Shearin*
**PULLMAN & COMLEY, LLC**
850 Main Street
Bridgeport, Connecticut 06604
Email: jtshearin@pullcom.com
Tel: (203) 330-2240

*Attorneys for Defendants*
*Synchrony Bank and Synchrony Financial*

SO ORDERED:

_____
Hon. Alvin W. Thompson, U.S.D.J.

February __, 2024